# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MATTHEW WILLIAMS, on Behalf of Himself, All Others Similarly Situated, and the General Public,

Plaintiff,

v.

ADT LLC dba ADT SECURITY SERVICES and HONEYWELL INTERNATIONAL INC.,

Defendants.

Case No: 3:16-cv-01268-JAH-JLB

**CLASS ACTION**

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is Plaintiff Matthew Williams ("Plaintiff") and Defendants ADT LLC dba ADT Security Services and Honeywell International Inc.'s (Defendants) (collectively the "Parties") joint motion ("Motion") for voluntary dismissal of the above-captioned matter ("Action"). *Doc. No.* 17. Having considered the Parties' Motion and good cause appearing, the Parties' joint motion is GRANTED.

IT IS HEREBY ORDERED that:

1.     The Action is DISMISSED in its entirety with prejudice as to Plaintiff Matthew Williams only. The claims on behalf of the putative class members are dismissed without prejudice.

2.     Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: July 16, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

- 1 -